UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANITA GILES,

               Plaintiff,                             Case Number 19-10150

v.                                              Honorable David M. Lawson

R1 RCM, INC.,

               Defendant.

_____/

**ORDER OF DISMISSAL**

On April 9, 2019, the parties informed the Court by telephone that they had reached a settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before May 9, 2019**.

It is further **ORDERED** that the parties' joint motion to stay (ECF No. 12) is **DISMISSED** as moot.

                                         s/David M. Lawson
                                         DAVID M. LAWSON
                                         United States District Judge

Date:  April 9, 2019

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 9, 2019.

                    s/Susan K. Pinkowski
                    SUSAN K. PINKOWSKI